UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL D. JACKSON | CIVIL ACTION |
| VERSUS | NO. 16-14727 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "I" (4) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Michael D. Jackson's claim for Disability Insurance Benefits is **AFFIRMED.**

New Orleans, Louisiana, this 17th day of April, 2017.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE